[Cite as *State ex rel. Hatfield v. Rowlands*, 2021-Ohio-2743.]

| | | |
|---|---|---|
| STATE OF OHIO | )<br>)ss: | IN THE COURT OF APPEALS<br>NINTH JUDICIAL DISTRICT |
| COUNTY OF SUMMIT | ) | |

STATE OF OHIO EX REL. RONALD
HATFIELD, INMATE #773547

    Relator

    v.

HONORABLE JUDGE MARY
MARGARET ROWLANDS

    Respondent

C.A. No.    30043

ORIGINAL ACTION IN
MANDAMUS

Dated: August 11, 2021

---

PER CURIAM.

{¶1}    Relator Ronald Hatfield has filed a petition asking this Court for a writ of mandamus ordering Respondent, Judge Rowlands, to grant him jail time credit he claims to be due. Judge Rowlands has moved to dismiss.  Because Mr. Hatfield's petition does not comply with the mandatory requirements of R.C. 2969.25, this Court must dismiss this action.

{¶2}    R.C. 2969.25 sets forth specific filing requirements for inmates who file a civil action against a government employee or entity.  Judge Rowlands is a government employee and Mr. Hatfield, incarcerated in the Belmont Correctional Institution, is an inmate. R.C. 2969.21(C) and (D). A case must be dismissed if an inmate fails to comply with the mandatory requirements of R.C. 2969.25 in the commencement of the action.

*State ex rel. Graham v. Findlay Mun. Court*, 106 Ohio St.3d 63, 2005-Ohio-3671, ¶ 6 ("The requirements of R.C. 2969.25 are mandatory, and failure to comply with them subjects an inmate's action to dismissal.").

{¶3} Mr. Hatfield did not pay the cost deposit required by this Court's Local Rules. He also failed to comply with R.C. 2969.25(C), which sets forth specific requirements for an inmate who seeks to proceed without paying the cost deposit. Mr. Hatfield filed a motion to proceed in forma pauperis and swore in the notarized motion that he lacked the funds to pay the cost deposit and asked this Court to waive the prepayment of the cost deposit. He did not, however, file a statement of his prisoner trust account that sets forth the balance in his inmate account for each of the preceding six months, as certified by the institutional cashier, as required by R.C. 2969.25(C).

{¶4} Because Mr. Hatfield did not comply with the mandatory requirements of R.C. 2969.25, the case is dismissed. Costs taxed to Mr. Hatfield.

{¶5} The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal. Civ.R. 58.

_____
DONNA J. CARR
FOR THE COURT

TEODOSIO, J.
SUTTON, J.
CONCUR.

APPEARANCES:

RONALD HATFIELD, Pro se, Relator.

SHERRI BEVAN WALSH, Prosecuting Attorney, and RAYMOND J. HARTSOUGH, Assistant Prosecuting Attorney, for Respondent., Pro se, petitioner.